1  MELINDA HAAG (CABN 132612)
   United States Attorney

2  MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY  (CABN 217871)
   Assistant United States Attorney
5

6  450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
7  Telephone:  (415) 436-7200
   Fax: (415) 436-7234
8  E-Mail: Matthew.McCarthy@usdoj.gov

9  Attorneys for Plaintiff

10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,      ) CR No. 11-0572
                                    )
16 |     Plaintiff,                 ) [PROPOSED] STIPULATED  ORDER
                                    ) CONTINUING CHANGE OF PLEA
17 |     v.                         ) HEARING
                                    )
18 |                                ) **Current Hearing Date:**  **September 11, 2013**
   | LUIS PONCE ROMERO,             ) Time:                      11:00 am
19 |                                ) Judge:                     Hon. Susan Illston
   |     Defendants.                )
20 |                                ) **Proposed Hearing Date:** **October 18, 2013**
                                      Time:                      11:00 am

[PROPOSED] STIPULATED ORDER CONTINUING CHANGE OF PLEA
CR 11-0572 SI

1  The above-captioned case is currently scheduled for a change-of-plea on September 11, 2013. However, the parties need additional time to finalize the proposed disposition in this matter in light of the Supreme Court's recent decision in *United States v. Davila* and certain outstanding factual issues in the case. Accordingly, the parties jointly request that the change-of-plea be continued to Friday, October 18, 2013.

Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from September 11, 2013 through October 18, 2013 for effective preparation and continuity of counsel. The parties agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence. Taking into account the proposed exclusion of time, the "speedy trial" date for this matter would therefore be December 27, 2013.

IT IS SO STIPULATED.

| | |
|---|---|
| 9-10-13 | /s/ |
| DATED | MELINDA HAAG<br>United States Attorney<br>Northern District of California<br>MATTHEW L. McCARTHY<br>Assistant United States Attorney |
| 9-10-13 | /s/ |
| DATED | EDWARD HU<br>Attorney for Luis Ponce Romero |

[PROPOSED] STIPULATED ORDER CONTINUING CHANGE OF PLEA
CR 11-0572 SI                                   1

## [PROPOSED] ORDER

For good cause shown, the change of plea hearing now scheduled for September 11, 2013 is vacated. The matter shall be added to the Court's calendar on Friday, October 18, 2013 at 11:00 a.m. for change of plea.

In addition, for the reasons stated above, the Court finds that an exclusion of time from September 11, 2013 through October 18, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).   Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence, and the "speedy trial" date by which trial must commence is therefore December 27, 2013.

IT IS SO ORDERED.

9/11/13
_____
DATED

_____
HON. SUSAN ILLSTON
United States District Court Judge